IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   7:09-cv-00187-JEO |
| v. | ) |
| | ) |
| TOWNSEND NISSAN, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

On April 3, 2009, the Magistrate Judge assigned this case entered a Report and Recommendation finding that the plaintiffs' complaint was due to be dismissed without prejudice to file an Amended Complaint.  No objections were filed and the plaintiff filed an Amended Complaint while the time for objections was pending.

The court agrees with and adopts the Magistrate Judge's findings.  The parties have now agreed to submit plaintiff's claims to binding arbitration.  The magistrate judge has set a status conference for September 25, 2009.

**DONE**, this 8th day of July, 2009.

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE