FILED
2009 Jul-08 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAULA BUTLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **7:09-CV-0187-JEO** |
| ) | |
| **TOWNSEND NISSAN, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, adopting the Magistrate Judge's Report and Recommendation, the court **ORDERS** that defendant's Motion to Dismiss, (doc. 6), is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion to Dismiss is **GRANTED** and plaintiff's ADTPA claim is **DISMISSED**. (*See* doc. 14.) The remainder of defendant's Motion to Dismiss is **DENIED**.

**DONE**, this the 8th day of July, 2009.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE